United States Courts
Southern District of Texas
FILED
*May 29, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br><br>**LOUIS CARLOS MENJIVAR-MURILLO a/k/a "HUMMER",**<br><br>**Defendant.** | CASE NO. **4:24-cr-00301**<br><br>JUDGE **Hanen**<br><br>**INDICTMENT**<br><br>21 U.S.C. § 846<br>21 U.S.C. § 841(b)((1)(B)(ii)<br>21 U.S.C. § 841(b)(1)(A)(viii) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Title 21, United States Code, Section 846
### Conspiracy to Possess with the Intent to Distribute a Controlled Substance

Beginning in or about August of 2022, and continuing until on or about September 14, 2022, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**LOUIS CARLOS MENJIVAR-MURILLO a/k/a "HUMMER",**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury to possess with intent to distribute at least 500 grams of a mixture or substance containing a detectable amount cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(ii).

**COUNT TWO**
**Title 21, United States Code, Section 841**
**Title 18, United States Code, Section 2**
**Possession with the Intent to Distribute a Controlled Substance,**
**Aiding and Abetting**

On or about August 23, 2022, in the Houston Division of the Southern District of Texas, the defendant,

**LOUIS CARLOS MENJIVAR-MURILLO a/k/a "HUMMER",**

aiding and abetting one or more persons known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute at least 500 grams, that is, approximately 1006.9 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2.

**COUNT THREE**
**Title 21, United States Code, Section 841**
**Title 18, United States Code, Section 2**
**Possession with the Intent to Distribute a Controlled Substance,**
**Aiding and Abetting**

On or about September 22, 2022, in the Houston Division of the Southern District of Texas, the defendant,

**LOUIS CARLOS MENJIVAR-MURILLO a/k/a "HUMMER",**

aiding and abetting one or more persons known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute 50 grams or more, that is, approximately 1950 grams, of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

# NOTICE OF CRIMINAL FORFEITURE
## Title 21, United States Code, Section 853(a)

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to defendant,

**LOUIS CARLOS MENJIVAR-MURILLO a/k/a "HUMMER",**

that upon conviction of an offense in violation of Title 21, United States Code, Section 841, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

A TRUE BILL

Original Signature on File
GRAND JURY FOREPERSON

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

_____
KELLY ZENON-MATOS
Assistant United States Attorney